JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST VIDEO, INC., | Case No.:  2:16-CV-8756 RGK (KSx) |
| | *Hon. R. Gary Klausner Presiding* |
| Plaintiff, | |
| | **[~~PROPOSED~~] ORDER ON** |
| v. | **STIPULATION TO DISMISS** |
| | **ACTION WITHOUT PREJUDICE** |
| PUBLIC BROADCASTING | |
| SERVICE (PBS); *et al.*, | |
| | |
| Defendants. | |

# [PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1.     This action is hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2.     This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3.     The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4.     The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

SO ORDERED.


Dated: January 22, 2018          By: _____
                                 HONORABLE R. GARY KLAUSNER
                                 UNITED STATES DISTRICT JUDGE